IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CAPITAL UNIION BANK, LTD., a Bahamian corporation,<br><br>Plaintiff<br><br>v.<br><br>BANCRÉDITO INTERNATIONAL BANK CORPORATION, a Puerto Rican corporation<br>Defendant | Case No. 17-2273 |

## APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

Comes now, <u>Glen H. Waldman,</u> applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of (or practices under the name of <u>Waldman Barnett, P.L.</u>, with offices at:

| Address | 3250 Mary Street, Suite 102 |
|---|---|
| | Coconut Grove, FL 33133 |
| Email | gwaldman@waldmanbarnett.com; litservice@waldmanbarnett.com (for pleadings) |
| Telephone No. | 305-371-8809 |
| Fax No. | 305-448-4155 |

2. Applicant will sign all pleadings with the name: <u>Glen H. Waldman</u>.

3. Applicant has been retained personally or as a member of the above-named firm by <u>Plaintiff, Capital Union Bank, Ltd.</u> to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since <u>December 1, 1986</u>, applicant has been and presently is a member in good standing of the bar of the highest court of the State of <u>Florida,</u> where applicant

1

regularly practices law. Applicant's bar license number is __618624__.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| Florida State Court | 12/01/86 |
| U.S. Court for the Southern District of Florida | 1987 |
| U.S. Court for the Middle District of Florida | 2010 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico, in the following matters:

| Date of Application: | Case Number and Style: |
|---|---|
| N/A | N/A |

10. Local counsel of record associated with applicant in this matter is:

| Name | Judith Berkan, Berkan/Mendez |
|---|---|
| USDC-PR Bar No. | 200803 |
| Address | Calle O'Neill G 11<br>San Juan, Puerto Rico 00918-2301 |
| Email | berkanj@microjuris.com |
| Telephone No. | 787-764-0814 |
| Fax No. | 787-250-0986 |

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the

2

District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: November 2, 2017.

Glen H. Waldman
Printed Name of Applicant

Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: 11-3-17

Judith Berken
Printed Name of Local Counsel

Signature of Local Counsel

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 pro hac vice admission fee.

Signature of Applicant

## ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

❑ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

❑ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this_____day of_____,_____.


_____
U.S. DISTRICT JUDGE