UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

CASE NO.: 3:17-cv-02273

CAPITAL UNION BANK LTD., a Bahamian corporation,

Plaintiff,

v.

BANCRÉDITO INTERNATIONAL BANK CORPORATION, a Puerto Rican corporation,

Defendant.
_____/

## NOTICE OF VOLUNTARY DIMISSAL *WITH PREJUDICE* OF ALL CLAIMS AGAINST DEFENDANT

Plaintiff, Capital Union Bank, Ltd., pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Dismissal *With Prejudice* of all claims against the Defendant Bancrédito International Bank Corporation.

Dated: November 21, 2017.

                                              Respectfully Submitted

                                              BERKAN/MENDEZ
                                              Calle O'Neill G-11
                                              San Juan PR 00918-2301
                                              Telephone No:  (787) 764-0814
                                              Facsimile:  (787) 250-0986

                                              By:__*Judith Berkan*_____
                                                     Judith Berkan, Esq.
                                                     USDC 200803

                                              AND

                                      WALDMAN BARNETT, P.L.
                                      3250 Mary Street, Suite 102
                                      Coconut Grove, Florida 33133
                                      Telephone No:  (305) 371-8809
                                      Facsimile:  (305) 448-4155

                                      By:  /s/ *Michael A. Sayre*_____
                                               Glen H. Waldman, Esq.
                                             Fla. Bar No. 618624
                                             Michael A. Sayre, Esq.
                                             Fla. Bar. No. 17607

                                    *Attorneys for Capital Union Bank, Ltd.*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on November 21, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

                                            /s/ *Judith Berkan*__
                                            Judith Berkan, Esq.